# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs

WINDY ANN BEHUNIAK

Case Number. 2:14-cr-56-FtM-38MRM

USM Number: 40798-074

Thomas E. DeMine, III , CJA
2550 First St
Ft Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the following violation conditions: One, Two, Three, Four, Five, and Six of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Fraud/Uttering a False Bank Note, occurring on February 2, 106, while on supervision in violation of the conditions of supervision | February 1, 2016 |
| Two | Failure to Report in violation of Condition Two of the Standard Conditions of Supervision | January 28, 2016 |
| Three | Failure to submit to urinalysis in violation of the Special Condition of Supervision | January 28, 2016 |
| Four | Association with a person convicted of a felony in violation of Condition 9 of the Standard Conditions of Supervision | February 1, 2016 |
| Five | Failure to make restitution in violation of the court's order, which requires defendant to make payments to the best of her ability | April 16, 2015 – February 1, 2016 |
| Six | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | January 27, 2016 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

April 4, 2016

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

April ____4____, 2016

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Windy Ann Behuniak
2:14-cr-56-FtM-38MRM

IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months.**

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                    _____
                                                        UNITED STATES MARSHAL

                                  By: _____
                                                        Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**